UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

CHAUNTINI C. ABDALLA )
)
V. ) NO. 2:02-CV-186
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security )

## REPORT AND RECOMMENDATION

Counsel for the plaintiff has filed a Motion [Doc. 29] requesting a fee under 42 U.S.C. § 406(b) in the amount of $2,700.00. The defendant has not filed a response in opposition and the time for such has expired. The fee requested is appropriate and reasonable. Accordingly, it is RECOMMENDED that the Motion be GRANTED and that counsel receive a fee under the statute of $2,700.00.[1]

Respectfully recommended:

  s/ Dennis H. Inman
United States Magistrate Judge

---

[1] Any objections to this report and recommendation must be filed within ten (l0) days of its service or further appeal will be waived. Thomas v. Arn, 474 U.S. 140 (1985); United States v. Walters, 638 F.2d 947-950 (6th Cir. 198l); 28 U.S.C. § 636(b)(1)(B) and (C).